# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS WOOD | CASE NO: 1:22-cr-00094-LEW |

## NOTICE OF APPEAL

Nicholas Wood, defendant in the above-named case, hereby gives notice that he appeals from the Final Judgment entered against him on January 8, 2024 (ECF No. 171), including guilty plea, to the United States Court of Appeals for the First Circuit.

Dated January 19, 2024, in Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*

Thomas F. Hallett
*Attorney for Defendant*
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
*thallett@hww.law*

1

## CERTIFICATE OF SERVICE

I, Thomas F. Hallett, Esq., hereby certify that I have caused the above *NOTICE OF APPEAL* to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to counsel of record.

Dated January 19, 2024, in Portland, Maine.

Respectfully submitted,

*/s/ Thomas F. Hallett*
_____
Thomas F. Hallett
*Attorney for Defendant*
HALLETT WHIPPLE WEYRENS
6 City Center, Suite 208
P.O. Box 7508
Portland, Maine 04112-7508
PH: 207-775-4255
*thallett@hww.law*