# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| | |
|---|---|
| D.C. # 1:22-cr-00094-LEW | C.C.A. # |
| CASE TITLE: USA v. NICHOLAS WOOD | |
| Name of Counsel for Appellant(s): | Grainne Dunne, Esq.; Thomas F. Hallett, Esq. |
| Name of Counsel for Appellee(s): | Chris Ruge, AUSA; Nicholas S. Heimbach, AUSA |
| Name of Judge: | U.S. District Court Judge Lance E. Walker |
| Court Reporter(s) & Dates: | Cathy Ford: 8/17/22, 8/19/22, 8/25/22, 1/30/23, 3/21/23, 3/30/23, 4/4/23, 4/24/23, 12/7/23 and 1/5/24<br>FTR: 11/22/22<br>Lori Dunbar: 11/27/23 |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☒ Yes  ☐ No |
| In Forma Pauperis? | ☐ Yes  ☒ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☒ Yes  ☐ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |